UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 16-cr-10157-NMG |
| ) | |
| KATELIN GARLAND ) | |
| Defendant ) | |

## MOTION TO CONTINUE SELF REPORT DATE

Defendant Katelin Garland ("Garland"), by and through undersigned counsel hereby requests a continuance of her upcoming self-report date currently scheduled for May 25, 2017. Ms. Garland is requesting that her self-report date is continued to Friday, June 23, 2017. Ms. Garland is requesting this continuance for two reasons: first, because it was discovered during a routine physical exam that she has a lump in her breast and she is scheduled for follow-up care after her currently scheduled self-report date, and second, because the therapist that has been working with her twin sons strongly advises that it would be in the children's best interest if she could begin her period of incarceration after the end of the school year. In support of this motion Ms. Garland states the following:

(1) During a routine physical exam, it was recently discovered that Katie has a lump in her breast. Her primary care physician suggested follow-up care and referred her to a specialist at Dana Farber. The earliest date available is on May 26th at 2pm, which is one day after Katie's designated self-report date. Please see Exhibit A, attached letter confirming that appointment date.

(2) Ms. Garland has twin boys that are currently fourteen (14) years old and in the eighth (8th) grade. In an effort to aid their children through this process, the Garland's have

*Motion denied. /s/ NMGorton, USDJ 5/23/17*